**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**AMBERIA MORTON**                                                             **PLAINTIFF**

**vs.**                         **CIVIL ACTION No.: 3:21-CV-224-HTW-LGI**

**UNIVERSITY OF MISSISSIPPI
MEDICAL CENTER**                                                   **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge **[Docket no. 16]** issued by Magistrate Judge LaKeysha Greer Isaac. In her Report and Recommendation, filed on July 14, 2021, Magistrate Judge Isaac recommended that the *pro se* plaintiff's Complaint [Docket no. 1] be DISMISSED WITHOUT PREJUDICE as legally frivolous. Magistrate Judge Isaac directed the *pro se* plaintiff to file any objections within fourteen (14) days. The plaintiff has failed to file any objection to date.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 35]**, this court finds it well-taken. Magistrate Judge Isaac carefully examined plaintiff's entire Complaint, conducted a screening hearing to determine plaintiff's causes of action and jurisdiction, identified the operative issues and cogent facts and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

This order, commensurately, hereby **DISMISSES** this lawsuit **WITHOUT PREJUDICE** as legally frivolous. The parties are to bear their own costs.

**SO ORDERED** this the 13th day of October, 2021.

                                               **s/ Henry T. Wingate**
                                               **UNITED STATES DISTRICT COURT JUDGE**